[No. 43208-7-I.    Division One.    December 20, 1999.]

LANA POZEN, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-29208-5, Glenna Hall, J., entered July 21, 1998. *Affirmed* by unpublished opinion per Baker, J., concurred in by Kennedy, C.J., and Agid, J.

[No. 43268-1-I.    Division One.    December 20, 1999.]

JOE GREENE, *Appellant*, v. SEATTLE CITY LIGHT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-09129-2, Philip G. Hubbard, Jr., J., entered August 7, 1998. *Reversed* by unpublished opinion per Cox, J., concurred in by Kennedy, C.J., and Ellington, J.

[No. 43367-9-I.    Division One.    December 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. J.W., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-00598-1, Julie Spector, J. Pro Tem., entered July 27, 1998. *Reversed* by unpublished per curiam opinion.

[No. 43408-0-I.    Division One.    December 20, 1999.]

BREAU WEBER, *Appellant*, v. DEPARTMENT OF SOCIAL AND HEALTH SERVICES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-2-00931-2, David A. Nichols, J., entered September 4, 1998. *Affirmed* by unpublished opinion per Cox, J., concurred in by Kennedy, C.J., and Ellington, J.